**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL J. SUNDE and VIKTORIYA SOKOL SUNDE, | Case No. 3:26-CV-00176-CLB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY** |
| v. | [ECF No. 2] |
| DARIN BALAAM, *et al.*, | |
| Defendants. | |

Good cause appearing, Plaintiff Viktoriya Sokol Sunde's ("V. Sunde") motion for permission to file electronically, (ECF No. 2), is **GRANTED**. In order for V. Sunde to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. V. Sunde shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. V. Sunde is instructed that this order granting permission to file on CM/ECF is applicable only to this case and to her individually.

**IT IS SO ORDERED.**

**DATED**: March 12, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**