**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. SUNDE and VIKTORIYA SOKOL SUNDE,<br><br>Plaintiffs<br><br>v.<br><br>DARIN BALAAM, et al.,<br><br>Defendants | Case No.: 3:26-cv-00176-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 28 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): TRENTON D. ROSS

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiffs' Motion for Extension of Time to Amend Pleadings. (ECF No. 28.) Plaintiffs' request is unopposed, and the court finds good cause to grant the motion. Accordingly, the motion is **GRANTED**. (ECF. No. 28.) Plaintiffs shall have until October 5, 2026, to file an amended complaint.

**IT IS SO ORDERED**.

Dated: August 25, 2026

DEBRA K. KEMPI, CLERK

By: \s\

Deputy Clerk