**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

J. MICHAEL SUNDE, and VIKTORIYA SOKOL SUNDE,

Plaintiffs

v.

BALAAM, et al.,

Defendants

Case No.: 3:26-cv-00176-CSD

**Order**

Re: ECF No. 31

On September 11, 2026, Plaintiffs filed a motion for extension of time to amend pleadings (ECF No. 31). On September 24, 2026, the parties filed a stipulation to extend the discovery deadlines, which included an extension of the deadline to amend pleadings. (ECF No. 37.) The court granted the parties' stipulation, and the current deadline to amend the pleadings is December 4, 2026. Plaintiffs' motion for an extension of time to amend pleadings (ECF No. 31) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: October 6, 2026

Craig S. Denney
United States Magistrate Judge