**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL J. SUNDE, et al.,

Plaintiffs

v.

DARIN BALAAM, et al.,

Defendants

Case No.: 3:26-cv-00176-CSD

**Order**

Re: ECF No. 46

On November 13, 2026, Plaintiffs filed a motion to extend the time to amend the pleadings in this case. (ECF No. 46.) That same date, the parties submitted a stipulation agreeing to the same relief, which the court granted. (ECF No. 45.) Accordingly, Plaintiff's motion to extend time (ECF No. 46) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: November 17, 2026

Craig S. Denney
United States Magistrate Judge